UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Deckers Outdoor Corporation

Plaintiff,

v.

Case No.: 1:20−cv−06718

Honorable Joan B. Gottschall

The Partnerships and Unincorporated Associations Identified on Schedule "A"

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 3, 2020:

MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's motion (No. [30]) to extend and modify the sealed temporary restraining order (No. [24]) is granted. Enter amended sealed temporary restraining order. The preliminary injunction hearing and motion hearing set for 12/4/2020 is stricken and reset to 12/18/2020 at 10:00 a.m. No appearance is required on 12/4/2020. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.