# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

DECKERS OUTDOOR CORPORATION,

    Plaintiff,

v.

MORI GIRL LIKES STORE, et al.,

    Defendants.

Case No. 20-cv-06718

**Judge Joan B. Gottschall**

**Magistrate Judge Jeffrey T. Gilbert**

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Deckers Outdoor Corporation ("Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
| --- | --- |
| COLETER SHOES | 55 |
| LLH store | 63 |

Dated this 8th day of January 2021.    Respectfully submitted,

    /s/ RiKaleigh C. Johnson
    Amy C. Ziegler
    Justin R. Gaudio
    RiKaleigh C. Johnson
    Martin F. Trainor
    Greer, Burns & Crain, Ltd.
    300 South Wacker Drive, Suite 2500
    Chicago, Illinois 60606
    312.360.0080
    312.360.9315 (facsimile)
    aziegler@gbc.law
    jgaudio@gbc.law
    rjohnson@gbc.law
    mtrainor@gbc.law

    *Counsel for Plaintiff Deckers Outdoor Corporation*