**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>                Plaintiff,<br><br>   v.<br><br>MORI GIRL LIKES STORE, et al.,<br><br>                Defendants. | Case No. 20-cv-06718<br><br>**Judge Joan B. Gottschall**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## FINAL JUDGMENT ORDER

This action having been commenced by Plaintiff Deckers Outdoor Corporation ("Deckers" or "Plaintiff") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A to the Complaint and attached hereto (collectively, the "Seller Aliases"), and Deckers having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto, with the exception of Defendant Memela7  20 days delivery), (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Deckers, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Deckers having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

1

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products that infringe directly and/or indirectly Plaintiff's United States design patents shown in the below chart (the "UGG Designs").

| Patent Number | Claim | Issue Date |
|---|---|---|
| D599,999 | *[design drawings of a boot, FIG. 2]* | September 15, 2009 |



| | | |
|---|---|---|
| | FIG. 7 | |
| D616,189 | | May 25, 2010 |



THIS COURT FURTHER FINDS that Defaulting Defendants are liable for patent infringement (35 U.S.C. § 271).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and other persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. offering for sale, selling and importing any product not authorized by Deckers and that includes any reproduction, copy or colorable imitation of the designs claimed in the UGG Designs;

    b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the UGG Designs; and

    c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Pursuant to 35 U.S.C. § 289, Deckers is awarded profits from each of the Defaulting Defendants for infringing use of the UGG Designs on products sold through at least the Defaulting Defendants' Seller Aliases according to the below chart:

| Defaulting Defendant Seller Alias | Profit Award |
|---|---|
| BRUGAROLAS Official Store | $2,345 |
| CHINA-LYYML Store | $2,628 |
| Chinese Shoe Outlet Store | $576 |
| Funny Slipper Store | $250 |
| Keep you Warm & Comfortable Store | $1,306 |

6

| | |
|---|---|
| MCUTRGLS footwear Store | $289 |
| Mori girl likes Store | $405 |
| Mylrina Official Store | $250 |
| Shop2479039 Store | $250 |
| Shop4428050 Store | $1,201 |
| Woman Mules Store | $250 |
| XinYaWei Fur Store | $6,883 |
| 98.8% Store | $340 |
| all Kind of Print shoelaces Store | $250 |
| All Stylish Store | $250 |
| Amoda Store | $477 |
| Arlene Shoe & Bags Store | $250 |
| Bebobsons Aliy Store | $379 |
| Caishenyingjinmen | $1,500 |
| ESOV Official Store | $284 |
| fafala Store | $3,613 |
| FashionCode Store | $250 |
| GF2266 Wallet Store | $250 |
| Good-Quality Store | $250 |
| HYM HLJ FDH pricker Store | $250 |
| Jayna Store | $250 |
| JFATQKASI Official Store | $891 |
| Kiddo Kids Shop Store | $250 |
| Magnificent Art Store | $811 |
| MUBEGC VK Store | $348 |
| princess boutique Store | $250 |
| Pudcoco's Store | $1,332 |
| Shop313745 Store | $1,451 |
| Shop5008419 Store | $250 |
| Shop5429238 Store | $308 |
| Shop5483112 Store | $250 |
| shop5737034 store | $250 |
| Shop900234158 Store | $250 |
| Shop9102 Store | $3,359 |
| Shop910360335 Store | $422 |
| Splendid-Spring shoe Store | $250 |
| timetang footwear store | $2,919 |
| Toprincess Store | $250 |
| Worldwide Online Shoes Boutiques | $1,490 |
| XIAOLUOKAIXIN Official Store | $1,920 |
| YI-CR-09 Store | $250 |

| | |
|---|---|
| Babayaay | $884 |
| Bigfanshu | $7,429 |
| BNHUE | $1,934 |
| FY Tool Shop | $667 |
| Sakuracan Store | $43,393 |
| YCKZZR | $284 |
| YOOBGVF | $1,609 |
| Ytxjzy | $6,576 |
| Yunding | $250 |
| ama121 | $859 |
| fuhuabu11 | $914 |
| fuwubu16 | $1,578 |
| Great Deal Mall | $250 |
| guangzhou wanfu co.,ltd | $250 |
| jiejie2017 | $1,760 |
| koko6668 | $342 |
| linzhipeng684 | $381 |
| pomegranate58490 | $332 |
| Qiyuangarment | $250 |
| Run Deep | $250 |
| Wangefghe | $1,763 |
| Xiesiqishop | $1,018 |
| yfx6fafa | $278 |
| Zhenweinan | $279 |
| Zhouyuyoinglj | $1,111 |
| zhulaoban.666 | $1,246 |

3. All monies, up to the above identified damages award, currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are hereby released to Deckers as partial payment of the above-identified damages, and Third Party Providers, including Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are ordered to release to Deckers the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

4.         The ten thousand dollar ($10,000) cash bond posted by Deckers, including any interest minus the registry fee, is hereby released to Deckers or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk of the Court to Deckers or its counsel by check made out to the Greer Burns & Crain IOLTA account.

This Court, having determined that there is no just reason for delay, orders that this is a Final Judgment against Defaulting Defendants.

Dated: February 11, 2021                                   /s/
                                                                              Joan B. Gottschall
                                                                              United States District Judge

**Deckers Outdoor Corporation v. Mori girl likes Store, et al. - Case No. 20-cv-6718**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | Mori girl likes Store | 2 | YI-CR-09 Store |
| 3 | Funny Slipper Store | 4 | FashionCode Store |
| 5 | Keep you Warm & Comfortable Store | 6 | Worldwide Online Shoes Boutiques |
| 7 | caishenyingjinmen | 8 | Shop2479039 Store |
| 9 | BRUGAROLAS Official Store | 10 | DISMISSED |
| 11 | XIAOLUOKAIXIN Official Store | 12 | Mylrina Official Store |
| 13 | Shop313745 Store | 14 | Pudcoco's Store |
| 15 | CHINA-LYYML Store | 16 | Bebobsons Aliy Store |
| 17 | MUBEGC VK Store | 18 | Splendid-Spring shoe Store |
| 19 | Shop4428050 Store | 20 | Shop9102 Store |
| 21 | Chinese Shoe Outlet Store | 22 | Amoda Store |
| 23 | all Kind of Print shoelaces Store | 24 | Shop5008419 Store |
| 25 | Arlene Shoe & Bags Store | 26 | Woman Mules Store |
| 27 | Magnificent Art Store | 28 | GF2266 Wallet Store |
| 29 | princess boutique Store | 30 | JFATQKASI Official Store |
| 31 | HYM HLJ FDH pricker Store | 32 | Shop5429238 Store |
| 33 | Shop5483112 Store | 34 | ESOV Official Store |
| 35 | Good-Quality Store | 36 | shop5737034 store |
| 37 | All Stylish Store | 38 | Jayna Store |
| 39 | XinYaWei Fur Store | 40 | Shop900234158 Store |
| 41 | Kiddo Kids Shop Store | 42 | fafala Store |
| 43 | DISMISSED | 44 | 98.8% Store |
| 45 | Shop910360335 Store | 46 | MCUTRGLS footwear Store |
| 47 | Toprincess Store | 48 | timetang footwear store |
| 49 | Bigfanshu | 50 | babayaay |
| 51 | DISMISSED | 52 | DISMISSED |
| 53 | DISMISSED | 54 | DISMISSED |
| 55 | COLETER SHOES | 56 | DISMISSED |
| 57 | DISMISSED | 58 | FY Tool Shop |
| 59 | DISMISSED | 60 | Sakuracan Store |
| 61 | ytxjzy | 62 | DISMISSED |
| 63 | LLH store | 64 | EXCEPTED |
| 65 | Yunding | 66 | BNHUE |
| 67 | DISMISSED | 68 | DISMISSED |
| 69 | YOOBGVF | 70 | DISMISSED |

| No. | Seller Aliases       | No. | Seller Aliases          |
|-----|----------------------|-----|-------------------------|
| 71  | DISMISSED            | 72  | DISMISSED               |
| 73  | DISMISSED            | 74  | YCKZZR                  |
| 75  | DISMISSED            | 76  | guangzhou wanfu co.,ltd |
| 77  | Run Deep             | 78  | jiejie2017              |
| 79  | koko6668             | 80  | ama121                  |
| 81  | wangefghe            | 82  | fuhuabu11               |
| 83  | fuwubu16             | 84  | yfx6fafa                |
| 85  | xiesiqishop          | 86  | zhulaoban.666           |
| 87  | pomegranate58490     | 88  | qiyuangarment           |
| 89  | linzhipeng684        | 90  | zhenweinan              |
| 91  | zhouyuyoinglj        | 92  | Great Deal Mall         |

| No. | Online Marketplaces | No. | Online Marketplaces |
|-----|---------------------|-----|---------------------|
| 1 | aliexpress.com/store/1079922 | 2 | aliexpress.com/store/1708070 |
| 3 | aliexpress.com/store/1719411 | 4 | aliexpress.com/store/1751487 |
| 5 | aliexpress.com/store/1872609 | 6 | aliexpress.com/store/1934921 |
| 7 | aliexpress.com/store/2208042 | 8 | aliexpress.com/store/2479039 |
| 9 | aliexpress.com/store/2658095 | 10 | DISMISSED |
| 11 | aliexpress.com/store/2967017 | 12 | aliexpress.com/store/3119013 |
| 13 | aliexpress.com/store/313745 | 14 | aliexpress.com/store/3202076 |
| 15 | aliexpress.com/store/3558003 | 16 | aliexpress.com/store/3629085 |
| 17 | aliexpress.com/store/3655038 | 18 | aliexpress.com/store/4412203 |
| 19 | aliexpress.com/store/4428050 | 20 | aliexpress.com/store/4458019 |
| 21 | aliexpress.com/store/4637038 | 22 | aliexpress.com/store/4685080 |
| 23 | aliexpress.com/store/4771011 | 24 | aliexpress.com/store/5008419 |
| 25 | aliexpress.com/store/5039175 | 26 | aliexpress.com/store/5062462 |
| 27 | aliexpress.com/store/5097041 | 28 | aliexpress.com/store/5107047 |
| 29 | aliexpress.com/store/5112129 | 30 | aliexpress.com/store/5368188 |
| 31 | aliexpress.com/store/5403067 | 32 | aliexpress.com/store/5429238 |
| 33 | aliexpress.com/store/5483112 | 34 | aliexpress.com/store/5510064 |
| 35 | aliexpress.com/store/5616261 | 36 | aliexpress.com/store/5737034 |
| 37 | aliexpress.com/store/5778869 | 38 | aliexpress.com/store/5792014 |
| 39 | aliexpress.com/store/900109004 | 40 | aliexpress.com/store/900234158 |
| 41 | aliexpress.com/store/900239494 | 42 | aliexpress.com/store/910332352 |
| 43 | DISMISSED | 44 | aliexpress.com/store/910347348 |
| 45 | aliexpress.com/store/910360335 | 46 | aliexpress.com/store/910438066 |
| 47 | aliexpress.com/store/910534014 | 48 | aliexpress.com/store/920660 |
| 49 | amazon.com/sp?seller=A10IIN1FOO23ZS | 50 | amazon.com/sp?seller=A10X0I1DSI7T7T |
| 51 | DISMISSED | 52 | DISMISSED |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 53 | DISMISSED | 54 | DISMISSED |
| 55 | amazon.com/sp?seller=A1YBQ48JFPLJEI | 56 | DISMISSED |
| 57 | DISMISSED | 58 | amazon.com/sp?seller=A2QD27BR1D41KK |
| 59 | DISMISSED | 60 | amazon.com/sp?seller=A3OHR26XF8V8O |
| 61 | amazon.com/sp?seller=A37WN50KLMKI1X | 62 | DISMISSED |
| 63 | amazon.com/sp?seller=A3N6IJSG0LOADP | 64 | EXCEPTED |
| 65 | amazon.com/sp?seller=A3RFFPAJBX8KQB | 66 | amazon.com/sp?seller=AA3QBJQITXSCA |
| 67 | DISMISSED | 68 | DISMISSED |
| 69 | amazon.com/sp?seller=AJPMT6UUHMQN4 | 70 | DISMISSED |
| 71 | DISMISSED | 72 | DISMISSED |
| 73 | DISMISSED | 74 | amazon.com/sp?seller=AXNICLAQKS3BT |
| 75 | DISMISSED | 76 | wish.com/merchant/5514f6b08e8def3698cfd18c |
| 77 | wish.com/merchant/567f4d92b7cc7026d5de2ff6 | 78 | wish.com/merchant/591d618471a2f2289f41d135 |
| 79 | wish.com/merchant/592a3010ef6b4d5855b549da | 80 | wish.com/merchant/592fb02f2335886185fd4263 |
| 81 | wish.com/merchant/5b30af1e5676c322d6fc9e16 | 82 | wish.com/merchant/5d4bddc97ad24242bd46d8fa |
| 83 | wish.com/merchant/5d4d36ef1d9a8e04ee67cc0f | 84 | wish.com/merchant/5d5a49bb445edd4c40af4810 |
| 85 | wish.com/merchant/5d5ff68a283abc6f1e277231 | 86 | wish.com/merchant/5da040479db9600c8497bf32 |
| 87 | wish.com/merchant/5e4b5e0ffba619038ba95baf | 88 | wish.com/merchant/5e5f59ecd0e9af004e143947 |
| 89 | wish.com/merchant/5e796a76f1ea141cd71a794a | 90 | wish.com/merchant/5e871dadd9c52d0401c844f9 |
| 91 | wish.com/merchant/5e8c455b8c456b8edf29e4d0 | 92 | wish.com/merchant/5f216bd46beb245e50f266e0 |